1    BARRY J. PORTMAN
     Federal Public Defender
2    JEROME MATTHEWS
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for LARRY BURNETT
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )    No. CR 09-00252 DLJ [WDB]
                                         )
12                  Plaintiff,           )    STIPULATION AND ORDER
                                         )    TERMINATING PRE-TRIAL RELEASE
13   vs.                                 )    CONDITIONS AND EXONERATING
                                         )    BOND
14   LARRY BURNETT,                      )
                                         )
15                  Defendant.           )
     _____)
16

17          The United States has dismissed its appeal of the Court's order granting Larry Burnett's

18   motion to suppress evidence, and intends to dismiss the indictment in this matter.  It is therefore

19   STIPULATED AND AGREED that the pretrial release conditions governing the release of Larry

20   Burnett be TERMINATED and the bond be EXONERATED.

21                                                      /S/

22   Dated: September 11, 2009
                                               _____
23                                             JEROME MATTHEWS
                                               Assistant Federal Public Defender
24
                                                        /S/
25   Dated: September 11, 2009
                                               _____
26                                             WADE RHYNE
                                               Assistant United States Attorney

     BURNETT STIP/ORDER                   1

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document

2

3          The Court, having granted Larry Burnett's motion to suppress evidence; the United

4  States, having dismissed its appeal of the order granting that motion, and intending to dismiss the

5  indictment; and, good cause appearing therefor, IT IS ORDERED that the pretrial release

6  conditions governing the release of Larry Burnett are hereby TERMINATED and the bond is

7  EXONERATED.

8

   Dated: September 11, 2009

9                                                              _____

10                                                             WAYNE D. BRAZIL
                                                               United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26